IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **CUSTOM QUEST, INC.** | : |
| Plaintiff, | : |
| -vs- | : Case No. 1:23-CV-00139 |
| **MARK FOCHT et. al.** | : Judge Michael R. Barrett |
| Defendants. | : |

## AGREED JUDGMENT ENTRY

This matter is before the Court upon the agreement of Plaintiff Custom Quest, Inc. ("CQ") and Defendants Mark Focht ("Focht") and TEM Consulting, LLC ("TEM").

Focht and TEM agree and admit that on or about January 17, 2023, CQ and TEM entered into a purchase agreement whereby TEM agreed to purchase from CQ 777,510 iHealth Antigen test kits for the price of $3,313,830.00. Focht and TEM further agree and admit that the entire balance, less $90,000.00, is still unpaid and is still due and owing.

CQ filed this action on March 14, 2023 (*See* Doc. #1), and Focht and TEM agree and admit that service of summons and the Complaint was properly perfected upon each of them.

The Parties hereby agree to a judgment against Defendants Focht and TEM, jointly and severally, and in favor of Plaintiff CQ, on its claim for breach of the written agreement described above in the amount of $3,223,830.00 plus interest at the permitted statutory rate from the date this Agreed Judgment Entry is filed with the Court. The Parties further agree that Focht is personally liable for the entire amount of the judgment. However, CQ shall not take any steps to certify and perfect the judgment, nor take any steps to create or perfect a judgment lien, and the

1

judgment shall be considered wholly satisfied upon timely payment of the sum of $950,000.00 as follows:

$300,000.00 on or before December 22, 2023;

$200,000.00 on or before January 22, 2024;

$150,000.00 on or before February 22, 2024;

$150,000.00 on or before March 22, 2024;

$150,000.00 on or before April 22, 2024.

The Parties agree that if Focht and/or TEM fail to timely make any of the above payments when due, or should otherwise fail to comply with any terms of this Agreed Judgment Entry, CQ shall be immediately permitted, without notice, to (a) certify, file or domesticate this judgment, for the full judgment amount of $3,223,830.00 less any payments made, in any jurisdiction, for the purpose of creating or establishing a lien against any assets owned by either Focht or TEM or in order to enforce such judgment and lien, jointly and severally; (b) take any and all steps against either Focht or TEM, jointly or severally, to collect the full amount then due with interest on the unpaid balance at the permitted statutory rate from the date this Agreed Judgement Entry is filed with the Court, and all attorneys' fees incurred by CQ to collect on, file or otherwise enforce this Agreed Judgement Entry; and (c) employ any and all lawful means to collect against either Focht or TEM, jointly or severally, the full amount of $3,223,830.00 less any payments made, including, but not limited to, execution on the judgment, proceedings in aid of execution, foreclosure, or replevin. Focht and TEM each consent and agree that, to the extent CQ is permitted to take any proceedings in aid of execution under this paragraph, those proceedings may be, at the option of CQ, brought, maintained and/or take place in this United States District Court.

The Court being sufficiently advised, and based on the foregoing agreements of the Parties, IT IS ORDERED that judgment be and hereby is entered in favor of CQ and against Focht and

TEM, jointly and severally, in the amount of $3,223,830.00, payable in accordance with and pursuant to the terms and conditions agreed to and recited above.

IT IS FURTHER ORDERED that if all payments are made in accordance with this Agreed Judgment Entry, then this judgment shall be satisfied, and CQ shall file a satisfaction of judgment with the Court.

IT IS SO ORDERED

*Michael R. Barrett*

Michael R. Barrett, Judge
United States District Court

**AGREED AND APPROVED,**

/s/ Todd J. Flagel
Todd J. Flagel (0066976)
Gregory E. Hull (0023520)
FLAGEL & PAPAKIRK, LLC
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
FAX: (513) 984-8118
Email: tflagel@fp-legal.com
Email: ghull@fp-legal.com
*Trial Attorneys for Plaintiff*

Mark Focht, *pro se*

TEM CONSULTING, LLC

By: Mark Focht
Its: Sole Member

3